

## AFFIDAVIT OF CHARLES SMITH

**COUNTY OF OKLAHOMA** )
) SS.
**STATE OF OKLAHOMA** )

Affiant, Charles Smith, being first sworn upon his oath, states:

1. That I am an employee of the City of Oklahoma City and assigned to its fire department and have been since March, 1999.

2. That on June 19, 2012, I was on duty and assigned to Station 18 (Springlake) as a Certified Paramedic.

3. That at approximately 13:29:21 (1:29 p.m.), on that day, OCFD received a call to respond to the scene of an arrest at 1412 Monticello Avenue.

4. That I and other members of the OCFD responded and were directed to a subject who was under arrest in the back of an OCPD patrol car, who I later found out was named Robin Howard.

5. That I am a trained and certified EMT-Paramedic since 1997.

6. That Mr. Howard refused to be examined and/or treated by members of the OCFD.

7. That Mr. Howard refused to be transported to the hospital.

8. That I advised the officers at the scene of Mr. Howard's refusals.

9. That an OCFD Run Report was written that night and I provided the information in box "L."

10. That I saw no signs on Mr. Howard of distress or the need for medical treatment or I would have attempted to treat him.

FURTHER AFFAINT SAYETH NOT.

DATED THIS 22nd DAY OF October, 2015.

**EXHIBIT 59**

Affidavit of Charles Smith
Page 1 of 2

**ORIGINAL**

_____
Charles Smith
Oklahoma City Fire Department

This instrument was acknowledged before me on the 22 day of October, 2015, by Charles Smith.

_____
Notary Public

My Commission Expires: _____

Commission Number: _____

[Notary Seal: MESHELLE CLIPPER, NOTARY PUBLIC, STATE OF OKLAHOMA, #10003247, EXP. 04/20/18]

Y:\Turner, et al. v. City of OKC, et al, CIV-14-00112-W\Affidavits\Affidavit of Charles Smith.docx