# Admission & Registration

DOCUMENT NAME:  Siemens Face Sheet
SERVICE DATE/TIME:  6/19/2012 18:35 CDT
RESULT STATUS:  Modified
PERFORM INFORMATION:
SIGN INFORMATION:

===== PATIENT INFORMATION =====
Name: HOWARD ,ROBIN L           Sex: M
Previous Name:
Race: B   Date of Birth:          Age:    054   MS: S
Social Security Number:          Religion:
Home Address: 1443 NE 25TH ST

City/State/Zip:   OKLAHOMA CITY   OK  73111  Home Phone: 405-427-8487
Country Cd:                       Other:
Employer Name: UNEMPLOYED
Occupation/Job Title: UNEMPLOYED      Emp Phone: 000 - 000-0000
Employer Address: UNKNOWN
City/State/Zip: OKLAHOMA CITY        OK  73109-

===== GUARANTOR INFORMATION =====
Name: HOWARD ,ROBIN              Sex: M
    Date of Birth:               Guarantor No:
Social Security Number:
Relationship to Patient: SELF
Billing Address: 1443 NE 25TH ST

City/State/Zip: OKLAHOMA CITY    OK  73111  Home Phone: 405-427-8487
Occupation/Job Title: UNEMPLOYED      Emp Phone:    - - 0
Employer Name: UNEMPLOYED
Employer Address: UNKNOWN
City/State/Zip: OKLAHOMA CITY    OK  73109   Employment Status: 3

===== EMERGENCY CONTACT INFORMATION =====
Name: NONE ,TO LIST
Relationship to Patient: OTHER
Home Address:
City/State/Zip:                  Home Phone:
Employer Phone:

===== PRIMARY INSURED / INSURANCE INFORMATION ====
Name: HOWARD ,ROBIN        L    Sex: M
Date of Birth:
Social Security Number:
Relationship to Patient: SELF

EXHIBIT 62

---

L=Low H=High C=Critical *=Abnormal F=Footnote c=Corrected ^=New Result #=Sex/Age Change

Pt Name:        HOWARD, ROBIN L                                             INTEGRIS
Age/DOB/Sex:    56 years              Male      Ethnicity: Non-Hispanic
Med Rec #:      10751337; 656915                INTEGRIS Southwest Medical Center
Financial #:    656915001                       4401 S. Western
Admin/Disch:    6/19/2012       6/24/2012       Oklahoma City, OK 73109-
Attending Phy:  Suthers MD,Sara Elizabeth       Print Date/Time:  12/19/2013 19:34 CST
                                                Print ID: Thompson,Shirley L
Location:       3IC; 0358; A                                    www.integrisok.com
Report Request ID:  3900-4384          Page 1 of 967

## History & Physical Reports

MUSCULOSKELETAL: Pain as above. No leg cramps or swollen joints.
SKIN: Does not bruise easily. There is no pruritus.
PSYCHIATRIC: Denies confusion or changes in mood.
NEUROLOGIC: Denies changes in sensation, tingling, or numbness. Has never had a seizure or a stroke.

PHYSICAL EXAMINATION:
VITAL SIGNS: Temperature 98.8, pulse 99, respiratory rate 18, blood
pressure 151/77, O2 Saturations 99%.
GENERAL: Awake, alert, in no apparent distress.
HENT: NCAT, Oropharynx is clear, sclerae are anicteric, mucous membranes moist.
EYES: Pupils equal, round, reactive. EOMI.
NECK: Supple, trachea midline.
CARDIOVASCULAR: Regular with no murmurs, rubs or gallops. No edema or JVD.
PULMONARY: CTA bilat, no wheezes or rhonchi.
ABDOMEN: Soft, nontender, nondistended with good bowel sounds and no organomegaly.
EXTREMITIES: No clubbing, cyanosis or joint effusions. L. arm in sling. TTP L. humerus.

LYMPH: There is no cervical adenopathy.
SKIN: No diffuse rashes or other lesions. L. chest tube.
NEURO: CN 2-12 intact. Normal sensory and motor. LUE Neurovasc intact.
PSYCH: Appropriate mood and affect.

DIAGNOSTIC STUDIES:
CT Abd IMPRESSION:
1. Evaluation is limited by the lack of contrast.
2. Lucency over the upper spleen which may represent developmental cleft or laceration. Follow-up is recommended.
3. Fractures of the transverse processes at L2, L3, and on the right at L4.

CT Chest IMPRESSION:
1. There is a moderate sized left-sided pneumothorax with mild patchy airspace opacity in the left lower lobe which is most compatible changes of pulmonary contusion. Fractures of the left 7th through 11th posterior ribs are identified.
2. Redemonstration of comminuted displaced fracture of the left humerus

CXR 6/19/12 @1505:
No pneumothorax identified. Multiple acute rib fractures are present posterior lateral on the left at the 6, 7, 8 and 9th ribs. Minimal patchy density at the left lung base may represent pulmonary contusion. Other atelectasis and/or infiltrate are possible. No pleural fluid is seen. The lungs are otherwise clear

CXR 6/19/12 @1817:
1. Interval placement of left chest tube. No definite pneumothorax is seen.
2. Mild patchy opacity in the left base similar to previous study probably representing contusion.

---

L=Low H=High C=Critical *=Abnormal F=Footnote c=Corrected ^=New Result #=Sex/Age Change

| | | | | |
|---|---|---|---|---|
| Pt Name: | HOWARD, ROBIN L | | | INTEGRIS |
| Age/DOB/Sex: | 56 years | Male | Ethnicity: Non-Hispanic | |
| Med Rec #: | 10751337; 656915 | | INTEGRIS Southwest Medical Center | |
| Financial #: | 656915001 | | 4401 S. Western | |
| Admin/Disch: | 6/19/2012   6/24/2012 | | Oklahoma City, OK 73109- | |
| Attending Phy: | Suthers MD,Sara Elizabeth | | Print Date/Time: 12/19/2013 19:34 CST | |
| | | | Print ID: Thompson,Shirley L | |
| Location: | 3IC; 0358; A | | www.integrisok.com | |
| Report Request ID: | 39004384 | Page 15 of 967 | | |

| Emergency Documentation |
|---|

I HOWARD, ROBIN L , have received the following patient education materials/instructions and have verbalized understanding:

_____   06/19/12 19:44:59

Patient Signature

## Return to Work/School Instructions:

**The below patient was seen at INTEGRIS Southwest Medical Center Emergency Department.**

HOWARD, ROBIN L was discharged at approx 06/19/12 19:44:59

HOWARD, ROBIN L will have the following limitations:

**Limitations:**

HOWARD, ROBIN L was seen by Primary Provider:
Allswede DO, Michael Paul

_____

Caregiver Signature

| Emergency Reports |
|---|

Document Name:  
Auth/Verified:   ER Report  
Allswede DO,Michael Paul (6/19/2012 18:22 CDT); Allswede DO,Michael Paul (6/19/2012 18:15 CDT); Allswede DO, Michael Paul (6/19/2012 17:26 CDT); Allswede DO,Michael Paul (6/19/2012 17:19 CDT); Allswede DO,Michael Paul (6/19/2012 17:07 CDT); Allswede DO,Michael Paul (6/19/2012 16:12 CDT); Allswede DO,Michael Paul (6/19/2012 15:40 CDT); Allswede DO,Michael Paul (6/19/2012 15:02 CDT); Cabrera DO,Carlos H (6/19/2012 14:37 CDT)

Document Status:   Modified

L=Low H=High C=Critical *=Abnormal F=Footnote c=Corrected ^=New Result #=Sex/Age Change

Pt Name:       HOWARD, ROBIN L  
Age/DOB/Sex:   54 years            Male  
Med Rec #:     10751337; 656915  
Financial #:   656915001  
Admin/Disch:   6/19/2012       6/24/2012  
Attending Phy: Suthers MD,Sara Elizabeth  

Ethnicity: Non-Hispanic  
**INTEGRIS Southwest Medical Center**  
**4401 S. Western**  
**Oklahoma City, OK 73109-**  
Print Date/Time: 7/3/2012 15:11 CDT  
Print ID: Kay,Virginia L  

**INTEGRIS** Health.

Location:     3IC; 0358; A  
Report Request ID: 24274270            Page 16 of 749

www.integrisok.com