## AFFIDAVIT OF RON NORTHCUTT

COUNTY OF OKLAHOMA )
                                    ) SS.
STATE OF OKLAHOMA )

      Affiant, Ron Northcutt, being first sworn upon his oath, states:

1. That I am an employee of the City of Oklahoma City and assigned to its police department and have been since April 17, 1992.

2. That on June 19, 2012, I was a Lieutenant supervising the Patrol Division. I overheard on the police radio that officers of the Oklahoma City Police Department Gang Unit were involved in a pursuit and a use of force. Because OCPD Procedures require both of these types of events to be investigated by a supervisor, I went to the location where the pursuit ended at 1412 Monticello Avenue.

3. After being advised of what had occurred and that the arrestee Robin Howard had been taken to Southwest Medical Center, I went to that hospital, interviewed Mr. Howard and took photographs of him.

4. That copies of some of the photographs I took are attached to Defendant City's Brief in Support of its Motion for Summary Judgment to be filed in the case styled *Kimberly Turner v. The City of Oklahoma City, et al.,* U.S. District for the Western District of Oklahoma Case No. CIV-14-112-W, marked as Exhibit 67.

FURTHER AFFAINT SAYETH NOT.

DATED THIS 29 DAY OF October, 2015.

                                                          Ron Northcutt
                                                          Oklahoma City Police Department

      This instrument was acknowledged before me on the 29th day of October, 2015, by Ron Northcutt.

**EXHIBIT 63**

_Stephanie Alexander_
Notary Public

My Commission Expires: 2-21-19

Commission Number: 07001817