IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

KIMBERLY B. TURNER, LONZETTA )
MORRISON as Personal )
Representatives of the )
Estate of ROBIN LEANDER )
HOWARD, deceased, )
  )
      Plaintiffs, )
  )
-vs- ) Case No. CIV-14-112-W
  )
THE CITY OF OKLAHOMA CITY, )
OKLAHOMA; JEFF COFFEY, )
Individually and in his )
Official capacity as a police)
Officer; DOUGLAS GRADY, )
Individually and in his )
Official capacity as a police)
Officer, and BILL CITTY, )
Individually and in his )
Official capacity as Chief of)
Police, )
  )
      Defendants. )



DEPOSITION OF KIMBERLY BONAPARTE TURNER

TAKEN ON BEHALF OF THE DEFENDANTS

IN OKLAHOMA CITY, OKLAHOMA

ON MARCH 18, 2015

**COPY**

REPORTED BY:   DAVID BUCK, CSR



METROPOLITAN BUILDING
400 North Walker, Suite 160
Oklahoma City, OK 73102
405-235-4106

MID-CONTINENT TOWER
401 South Boston, Suite 310
Tulsa, OK 74103
918-599-0507

depo@drreporting.com

**REPORTING & VIDEO, INC.**

Kimberly Turner                                          March 18, 2015

Page 129

1           How do you know?
2      A.   I didn't see it.  I mean, I wasn't there,
3  but --
4      Q.   You didn't see it?
5      A.   -- we didn't receive a call.
6      Q.   Okay.  Do you have any knowledge of the
7  Oklahoma City Police Department's policies and
8  procedures?
9      A.   No.
10     Q.   Do you have any knowledge of what police
11 officers have to get trained -- any training that the
12 OCPD offers police officers?
13     A.   No.
14     Q.   Do you know of any evidence -- do you have
15 any evidence about what the OCPD's policies and
16 procedures are regarding medical attention to
17 prisoners?
18     A.   No.
19     Q.   Do you have any knowledge whatsoever about
20 the OCPD's policies regarding formal complaints?
21     A.   No.
22     Q.   Do you have any evidence regarding or any
23 knowledge regarding OCPD's policies and procedures
24 regarding evidence gathering?
25     A.   No.