12-66

| | | |
|---|---|---|
| 1 | | INTERVIEW: ROBIN HOWARD |
| 2 | | |
| 3 | | Lt. Ryan Boxwell |
| 4 | | Transcript –T. Boyd |
| 5 | | 06/25/2012 |
| 6 | ROBIN HOWARD: | Oh well uh, the officer pulled over and uh he followed me I |
| 7 | | guess about a block or so |
| 8 | | |
| 9 | LT. RYAN BOXWELL: | Uh huh |
| 10 | | |
| 11 | ROBIN HOWARD: | And uh I seem him, he said woop (siren noise) and uh |
| 12 | | |
| 13 | LT. RYAN BOXWELL: | Were you driving? |
| 14 | | |
| 15 | ROBIN HOWARD: | Yeah, I was driving, but I know that I was just trying to go |
| 16 | | to the Dr. |
| 17 | | |
| 18 | LT. RYAN BOXWELL: | Uh huh |
| 19 | | |
| 20 | ROBIN HOWARD: | I had an appointment to go see the doctor and I was just |
| 21 | | driving over there to uh see this girl and uh fo I left, see if |
| 22 | | she wanted to ride out here with me and uh, but uh I kept, |
| 23 | | when I seen the officer, I turned and tried to get away |
| 24 | | |
| 25 | LT. RYAN BOXWELL: | Uh hm |
| 26 | | |
| 27 | ROBIN HOWARD: | And, and, and, and uh hit this one girl's car and then I hit a |
| 28 | | post or two trying to make it back over in my neighborhood |
| 29 | | |
| 30 | LT. RYAN BOXWELL: | So you knew, you knew they were trying to pull you over |
| 31 | | there, they were blowing their horns? |
| 32 | | |
| 33 | ROBIN HOWARD: | Yeah |
| 34 | | |
| 35 | LT. RYAN BOXWELL: | Ok |
| 36 | | |
| 37 | ROBIN HOWARD: | And uh, when I got out, I tried to run to the, jump over the |
| 38 | | fence, but the officer he just start wailing on me man |
| 39 | | |
| 40 | LT. RYAN BOXWELL: | Uh hm, he catch you before you get over the fence? |
| 41 | | |
| 42 | ROBIN HOWARD: | Yeah, he, he was right there |
| 43 | | |
| 44 | LT. RYAN BOXWELL: | Uh hm |
| 45 | | |
| 46 | | 1:00 |

1



PLAINTIFF'S EXHIBIT 1
CIV-14-1120

| | | |
|---|---|---|
| 1<br>2 | ROBIN HOWARD: | but you know he can see clearly I aint got nothing in my hands |
| 4 | LT. RYAN BOXWELL: | Uh huh |
| 6<br>7 | ROBIN HOWARD: | he see I'm trying to get to the fence, he just start wailing on me like, calling me all kinda names |
| 9 | LT. RYAN BOXWELL: | Just one officer? |
| 11<br>12 | ROBIN HOWARD: | I don't know if it was one or not, all I know when he hit me, I hit the deck and my arm was pinned under me |
| 14 | LT. RYAN BOXWELL: | Uh huh |
| 16<br>17 | ROBIN HOWARD: | and if fell, cause he grab this arm here and flipped it all the way up and uh |
| 19 | LT. RYAN BOXWELL: | Black officer, white officer? |
| 21 | ROBIN HOWARD: | Both of them was white, all of them I seen was white |
| 23 | LT. RYAN BOXWELL: | How many officers did you see? |
| 25<br>26 | ROBIN HOWARD: | It was, it was about four or five carloads every one of them was white |
| 28 | LT. RYAN BOXWELL: | Where you by yourself in your car? |
| 30 | ROBIN HOWARD: | Yeah |
| 32<br>33 | LT. RYAN BOXWELL: | Ok. Was anybody else out there besides the officers and you? |
| 35 | ROBIN HOWARD: | No, we was in the backyard |
| 37 | LT. RYAN BOXWELL: | Ok. |
| 39<br>40 | ROBIN HOWARD: | Between the thing and he was just wailing the hell out of me |
| 42 | LT. RYAN BOXWELL: | Just generally, just you said wailing |
| 44 | ROBIN HOWARD: | No, he was, he was beating the hell out of me |
| 46 | LT. RYAN BOXWELL: | With anything besides his hands or with his hands? |

| | | |
|---|---|---|
| 1 | | 1:49 |
| 2 | ROBIN HOWARD: | Uh, I don't, I like I said I was down |
| 3 | | |
| 4 | LT. RYAN BOXWELL: | Uh huh |
| 5 | | |
| 6 | ROBIN HOWARD: | with my hand and then I two or three of me, he was, he was taking his knee just ramming it in my side, I said ok, ok, ok I kept saying ok, ok |
| 10 | LT. RYAN BOXWELL: | Did you have any weapons on you? |
| 12 | ROBIN HOWARD: | I didn't have nothing |
| 14 | LT. RYAN BOXWELL: | Did you swallow some dope? |
| 16 | ROBIN HOWARD: | I didn't swallow nothing. He just tried to frame me. |
| 18 | LT. RYAN BOXWELL: | Why were you trying to get away? |
| 20 | ROBIN HOWARD: | Because I didn't have any license |
| 22 | LT. RYAN BOXWELL: | No drivers license? Ok Suspended? |
| 24 | ROBIN HOWARD: | Yeah |
| 26 | LT. RYAN BOXWELL: | Ok |
| 28 | ROBIN HOWARD: | That was it. |
| 30 | LT. RYAN BOXWELL: | So four officers they were all white |
| 32 | ROBIN HOWARD: | It was more than four |
| 34 | LT. RYAN BOXWELL: | How many you think? |
| 36 | ROBIN HOWARD: | It was four or five car loads I told you |
| 38 | LT. RYAN BOXWELL: | Well, there only, car loads, well if their gang's it could be two officers in the car |
| 41 | ROBIN HOWARD: | Well, I just know |
| 43 | LT. RYAN BOXWELL: | Yeah |
| 45 | ROBIN HOWARD: | That it was a set of four, that man was beating me like I had a knife or a gun |

2:35

| | | |
|---|---|---|
| LT. RYAN BOXWELL: | | You said that man, was it one officer? Or |
| ROBIN HOWARD: | | I don't, like I keep saying, I was down |
| LT. RYAN BOXWELL: | | Uh huh, you don't know how many people |
| ROBIN HOWARD: | | All I know I was down with my hands in between me and he just kept pulling on me and kept hitting and I'm wondering, I kept saying, uh man ok, ok, ok, ok and then at the end he say, well put your arm around here well I didn't know this one here is broke, I can't move all the way he wanting me |
| LT. RYAN BOXWELL: | | You were on your stomach then? |
| ROBIN HOWARD: | | Yeah, I was |
| LT. RYAN BOXWELL: | | And you couldn't put your arm around your back? |
| ROBIN HOWARD: | | I was on my stomach the whole time and he just kept putting his knee and kicking me and kicking me |
| LT. RYAN BOXWELL: | | Which side was he kicking you on? |
| ROBIN HOWARD: | | He was kicking me on this side |
| LT. RYAN BOXWELL: | | Left side? Same arm that the same side |
| ROBIN HOWARD: | | Same side as my, my ribs four broke four ribs |
| LT. RYAN BOXWELL: | | That's what the Dr. told you? |
| ROBIN HOWARD: | | Yeah. |
| LT. RYAN BOXWELL: | | What else hurts right now? |
| ROBIN HOWARD: | | My lung and they, they twisted my arm, he was just and he kept, I can tell he was doing it intentional because he kept making racial st, he kept saying after he hit me, yeah I swear to God, he kept, he say yeah go ahead and go after I'm handcuffed, yeah go ahead, kept snatching on me, grabbing on me, I said man it's something broke |
| LT. RYAN BOXWELL: | | What is he saying racial? |

3:35

**ROBIN HOWARD:** He was saying, uh uh uh uh I like it, uh uh I want your ass to run, I like to beat the hell out your ass, gone and run, gone and run ain't nothing damn wrong you little crying baby, get your ass over and then he was snatching me all around after I told him I think something's broke, he just kept grabbing me, he say get up off this ground, he wasn't knowing if I kept telling him I'm hurt, he say

**LT. RYAN BOXWELL:** This after you're handcuffed?

**ROBIN HOWARD:** After I'm handcuffed on the ground, he snatched me up ain't nothing wrong with you, get your ass up

**LT. RYAN BOXWELL:** Uh huh

**ROBIN HOWARD:** and I'm saying man why is you, I'm thinking why is you doing this man, it ain't you know, I could tell he was just, he was more than he should. All he had to do when he seen I couldn't jump the fence was, was both of them just say get down on the ground

**LT. RYAN BOXWELL:** So you don't know whether he use a baton or his knee or his hand or anything like that

**ROBIN HOWARD:** I don't

**LT. RYAN BOXWELL:** you don't know what he used?

**ROBIN HOWARD:** I know I seen him using his knee

**LT. RYAN BOXWELL:** And where was his knee

**ROBIN HOWARD:** In my side

**LT. RYAN BOXWELL:** in your side, ok.

**ROBIN HOWARD:** I seen him kept, he, I mean as hard as he could

**LT. RYAN BOXWELL:** How do you think the arm got broke? Can you guess with that

**ROBIN HOWARD:** Probably when he, when I was on the ground, he I know I'm on the ground, he grab my arm and he snatched my arm all the way back

5

| | | |
|---|---|---|
| 1 | | 4:39 |
| 2 | LT. RYAN BOXWELL: | Trying to pull up back behind your back? |
| 4 | ROBIN HOWARD: | No, he trying to pull it over, man I know when a person is wrong |
| 7 | LT. RYAN BOXWELL: | Uh huh |
| 9 | ROBIN HOWARD: | I don't care if it, if it's my brother, I'ma if he's right, he's right, if he's wrong, he's wrong, you know |
| 12 | LT. RYAN BOXWELL: | So after, I'm not trying to interrupt you, I know the doctors are coming |
| 15 | ROBIN HOWARD: | Yeah |
| 17 | LT. RYAN BOXWELL: | again for your chest tube, after he gets you in the handcuffs, did he strike you at all after that? |
| 20 | ROBIN HOWARD: | Yeah |
| 22 | LT. RYAN BOXWELL: | How did he strike you after that? |
| 24 | ROBIN HOWARD: | He, he grab me by my arm, |
| 26 | LT. RYAN BOXWELL: | Uh huh |
| 28 | ROBIN HOWARD: | and that's when he said, yeah go ahead if you wanna try and go, go ahead and go head and go get yo ass in this car, he was handling me like I, I ain't said a word to him the whole time, the only thing I came outta my mouth was is uh, ok man ok ok, that's the only thing I have ever said was ok, ok, ok, ok |
| 35 | LT. RYAN BOXWELL: | After you'd got in handcuffs, after you got in handcuffs, and you were standing up, how many officers were there, do you know? |
| 39 | ROBIN HOWARD: | Uh, I think it was one or two |
| 41 | LT. RYAN BOXWELL: | One or two? |
| 43 | ROBIN HOWARD: | One or two, he snatched me up, he said, get ya, get up |
| 45 | LT. RYAN BOXWELL: | You think more than one officer hit you? |

| | | | |
|---|---|---|---|
| 1 | | | 5:40 |
| 2 | LT. RYAN BOXWELL: | Or you think it was just one officer? | |
| 3 | | | |
| 4 | ROBIN HOWARD: | It could, it, naw it coulda been two | |
| 5 | | | |
| 6 | LT. RYAN BOXWELL: | Would you recognize the officers that did | |
| 7 | | | |
| 8 | ROBIN HOWARD: | I don't recognize neither one of them | |
| 9 | | | |
| 10 | LT. RYAN BOXWELL: | You just know that they were white? You know if they were short or tall or? | |
| 11 | | | |
| 12 | | | |
| 13 | ROBIN HOWARD: | I just know went I looked around I was just, he just, and I hit the ground | |
| 14 | | | |
| 15 | | | |
| 16 | LT. RYAN BOXWELL: | Ok. | |
| 17 | | | |
| 18 | ROBIN HOWARD: | It happened so fast, and all I know is I just kept | |
| 19 | | | |
| 20 | LT. RYAN BOXWELL: | Where was this fence at? Do you know where that | |
| 21 | | | |
| 22 | ROBIN HOWARD: | Yeah, it's yeah, I stay in the neighborhood, I know | |
| 23 | | | |
| 24 | LT. RYAN BOXWELL: | Tell me, where it is, what intersection, you know what's? | |
| 25 | | | |
| 26 | ROBIN HOWARD: | It's right there on, on Monticello | |
| 27 | | | |
| 28 | LT. RYAN BOXWELL: | Monticello and? | |
| 29 | | | |
| 30 | ROBIN HOWARD: | In front of Fonshill | |
| 31 | | | |
| 32 | LT. RYAN BOXWELL: | In front of Fonshill? Ok. And nobody else was there that saw it | |
| 33 | | | |
| 34 | | | |
| 35 | ROBIN HOWARD: | Nobody | |
| 36 | | | |
| 37 | LT. RYAN BOXWELL: | Nobody was in your car? | |
| 38 | | | |
| 39 | ROBIN HOWARD: | Nobody in my car | |
| 40 | | | |
| 41 | LT. RYAN BOXWELL: | Did you see anybody, a neighbor pop out | |
| 42 | | | |
| 43 | ROBIN HOWARD: | Didn't nobody | |
| 44 | | | |
| 45 | LT. RYAN BOXWELL: | Ok | |
| 46 | | | |

| | | |
|---|---|---|
| 1 | | 6:17 |
| 2 ROBIN HOWARD: | | They popped around out in front |
| 4 LT. RYAN BOXWELL: | | Uh huh |
| 6 ROBIN HOWARD: | | but we in the back yard where on the, on the other side |
| 8 LT. RYAN BOXWELL: | | Uh huh |
| 10 ROBIN HOWARD: | | Where |
| 12 LT. RYAN BOXWELL: | | They wouldn't of seen it |
| 14 ROBIN HOWARD: | | They didn't see it |
| 16 LT. RYAN BOXWELL: | | Once they got you stood up, did he walk you back to his car? |
| 19 ROBIN HOWARD: | | He snatched me, yeah, yeah he walked me about to his, you know in a aggressive manner when I wasn't at the whole time. |
| 23 LT. RYAN BOXWELL: | | Did you walk on your own? |
| 25 ROBIN HOWARD: | | Oh yeah, he snatched me up and grabbed me, pulling my arm up, I kept telling him, awe ain't nothing wrong with you, uh then he was makin little jokes like, uh like uh uh you know I say, uh man what ya'll, turn the radio up and loud in the car and I had to be somewhere and this and that and that and this, he just you know, he was just, you kn, I know when a person is trying to provoke you |
| 33 LT. RYAN BOXWELL: | | Doctor's back, I think he wants me to get outta here |
| 35 Doctor: | | Oh no no, you're fine. We're still setting up |
| 37 LT. RYAN BOXWELL: | | Ok. |
| 39 Doctor: | | Ok. |
| 41 LT. RYAN BOXWELL: | | Did he transport you in his car? |
| 43 ROBIN HOWARD: | | Uh huh |
| 45 LT. RYAN BOXWELL: | | Did you, did EMSA come to where you were at or did you ever go somewhere in his car? |

8

| | | |
|---|---|---|
| LT. RYAN BOXWELL: | You went somewhere in his car? | 7:10 |
| ROBIN HOWARD: | Yeah | |
| LT. RYAN BOXWELL: | Here? | |
| ROBIN HOWARD: | I told him | |
| LT. RYAN BOXWELL: | He brought you here? | |
| ROBIN HOWARD: | I guess them was the ones, cause he was the one that was | |
| LT. RYAN BOXWELL: | Did you ever go in an ambulance? | |
| ROBIN HOWARD: | No, I told that man from day one, that I think my shoulder's broke | |
| LT. RYAN BOXWELL: | Did you ever go to the ho, uh jail? | |
| ROBIN HOWARD: | No, I come straight here | |
| LT. RYAN BOXWELL: | So you went from there to the hospital? | |
| ROBIN HOWARD: | I went from there to here, I wasn't, I wasn't searched, I wasn't read no rights | |
| LT. RYAN BOXWELL: | Well, I mean we can get into that stuff later, right now I'm talking about your injuries | |
| ROBIN HOWARD: | Well, I'm telling you, well, I mean | |
| LT. RYAN BOXWELL: | Yeah | |
| ROBIN HOWARD: | Man, I think they thought I was a gang member | |
| LT. RYAN BOXWELL: | EMSA never saw you at the scene, you never saw a ambulance they didn't treat you at the scene | |
| ROBIN HOWARD: | No | |
| LT. RYAN BOXWELL: | like that? Ok. | |
| ROBIN HOWARD: | Nope. | |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5 | LT. RYAN BOXWELL: | Ok, so if the best way to get ahold of you, cause I'm gonna need to talk to you again, this is pretty rushed, ok. I know you need to go to surgery and get your chest tube, is to call you at this number 427-8487? |
| 6<br>7 | ROBIN HOWARD: | Right |
| 8<br>9 | LT. RYAN BOXWELL: | Ok. |
| 10<br>11 | ROBIN HOWARD: | Yeah |
| 12<br>13<br>14 | LT. RYAN BOXWELL: | Alright, anything else you wanna tell me right now before you go to surgery? |
| 15<br>16 | ROBIN HOWARD: | Well, just saying that I don't, I don't (inaudible) me, |
| 17<br>18 | LT. RYAN BOXWELL: | Uh huh |
| 19<br>20 | ROBIN HOWARD: | but I shouldn't be handled in that manner |
| 21<br>22 | LT. RYAN BOXWELL: | Ok. |
| 23<br>24<br>25 | ROBIN HOWARD: | You know, I mean, I mean, you just whooped until you just got tired |
| 26<br>27 | LT. RYAN BOXWELL: | Ok. |
| 28<br>29 | ROBIN HOWARD: | You know |
| 30<br>31<br>32 | LT. RYAN BOXWELL: | Alright, well I'm gonna talk to the officers and then I"ll holler at you later ok? |
| 33<br>34 | ROBIN HOWARD: | Yeah |
| 35<br>36 | LT. RYAN BOXWELL: | Alright, it's uh 5:27 |
| 37 | ROBIN HOWARD: | Yeah |
| 38 | | |
| 39 | END OF INTERVIEW | |
| 40 | | |
| 41 | | |
| 42 | | |
| 43 | | |