THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

KIMBERLY B. TURNER, as Personal )
Representative of the Estate of Robin )
Leander Howard, deceased, )
)
      Plaintiff, )
)
vs. ) No. CIV-14-112-W
)
THE CITY OF OKLAHOMA CITY, )
)
      Defendant. )

## AMENDED JUDGMENT

On January 26, 2016, the City Council of The City of Oklahoma City authorized the Municipal Counselor to confess judgment and enter into a compromise settlement without admitting liability in this case in the amount of $50,000.00, as evidenced by the certified copy of the attached Resolution. See Exhibit A. This sum, which includes, but is not limited to, the medical expenses incurred by Robin Leander Howard, deceased, and other damages, as well as costs, attorney fees and prejudgment interest claimed by plaintiff Kimberly B. Turner, as Personal Representative of the Estate of Robin Leander Howard, deceased, and her attorney, E. Ed Bonzie, shall be paid in accordance with title 62, sections 365.5 and 365.6 and title 51, sections 158 and 159 of the Oklahoma Statutes.

Upon review, the Court hereby APPROVES the compromise settlement between plaintiff Kimberly B. Turner, as Personal Representative of the Estate of Robin Leander Howard, deceased, and defendant The City of Oklahoma City and ORDERS that plaintiff Kimberly B. Turner, as Personal Representative of the Estate of Robin Leander Howard,

deceased, recover judgment against defendant The City of Oklahoma City in the amount of $50,000.00, with interest thereon from this date at the rate of 0.52 percent (0.52%) per annum.

DATED and ENTERED this 10th day of February, 2016.

LEE R. WEST
UNITED STATES DISTRICT JUDGE

# RESOLUTION

RESOLUTION AUTHORIZING THE MUNICIPAL COUNSELOR TO CONFESS JUDGMENT WITHOUT ADMITTING LIABILITY IN THE UNITED STATES DISTRICT COURT CASE STYLED *KIMBERLY B. TURNER, CO-PERSONAL REPRESENTATIVE OF THE ESTATE OF ROBIN HOWARD, DECEASED V. CITY OF OKLAHOMA CITY, ET AL.*, CASE NO. CIV-14-112-W.

**WHEREAS,** the lawsuit styled *Kimberly B. Turner, co-personal representative of the Estate of Robin Howard, deceased v. City of Oklahoma City, et al.*, CIV-14-112-W, has been filed in the United States District Court of the Western District of Oklahoma; and

**WHEREAS,** the City of Oklahoma City and OCPD Officers Jeff Coffey and Douglas Grady have been named as defendants in this lawsuit;

**WHEREAS,** the City Council has determined that the settlement of this case in the amount of $50,000 is a just and reasonable settlement of said case;

**WHEREAS,** it is the desire of the City Council to make such settlement by authorizing the Municipal Counselor to draft the necessary paperwork to settle this case on behalf of defendants and to prepare and file a Journal Entry of Judgment, which does not admit liability in said case.

**NOW, THEREFORE, BE IT RESOLVED BY THE MAYOR AND COUNCIL OF THE CITY OF OKLAHOMA CITY** that the Municipal Counselor be and he is hereby directed to prepare and file any and all necessary paperwork to effectuate this settlement and to file a Journal Entry of Judgment confessing Judgment against the City without admitting liability.

**ADOPTED BY THE COUNCIL AND APPROVED BY THE MAYOR OF THE CITY OF OKLAHOMA CITY** this 26th day of January, 2016.

EXHIBIT A

THE CITY OF OKLAHOMA CITY

_____
Mayor

ATTEST:

_____
City Clerk

*(Seal of the City of Oklahoma City)*

**REVIEWED** as to form and legality.

_____
Assistant Municipal Counselor

*Turner et al. v. City, et al.*
Resolution
Page 2 of 2